IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE CHAVEZ (BAGHDADY),

    Plaintiff,

-vs-

BAKER COLLEGE, a Michigan corporation, and LAURA KRUTSCH,

    Defendants.

Case No.: 02-74622
Hon. VICTORIA A. ROBERTS

Jackson County Case No.: 02-6383-NZ
Hon. Charles A. Nelson

MAGISTRATE JUDGE MORGAN

---

| GEORGE J. BRANNICK (P11132) | GEORGE M. DeGROOD, III (P33724) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 740 W. Michigan Avenue | 400 Galleria Officentre, Ste. 550 |
| Jackson, MI 49201 | Southfield, MI 48034 |
| (517) 787-1303 | (248) 353-4450 |

## NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Defendants, BAKER COLLEGE and LAURA KRUTSCH, by and through their counsel, THOMAS, DeGROOD, WITENOFF & HOFFMAN, P.C., respectfully notify this Court of the removal of the above styled action from the Circuit Court of Michigan, Jackson County, to the United States District Court for the Eastern District of Michigan, Southern Division at Detroit, Michigan, pursuant to 28 U.S.C. 1331 and 1441(a) and (b), and state as follows:

    1.    That on or about November 8, 2002, Plaintiff commenced this action in the Circuit Court for the County of Jackson, State of Michigan, by filing a Summons and Complaint in which

THOMAS, DEGROOD, WITENOFF, & HOFFMAN
ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION
400 GALLERIA OFFICENTRE
SUITE 550
SOUTHFIELD, MICHIGAN 48034
(248) 353-4450
FAX (248) 353-4451

1

Baker College and Laura Krutsch were named as Defendants.

2. That service of process has been made on the Defendants.

3. That the action is a civil action alleging that Plaintiff's civil rights were violated under Title IX, 20 U.S.C. 1681 et seq, as well as other state and federal laws, due to alleged discriminatory behavior by the Defendants.

4. That written notice of the filing of this Notice of Removal has been given to all parties and a copy of this Notice of Removal has been filed this date with the Clerk of the Circuit Court of Michigan, Jackson County.

5. That this Notice of Removal is hereby filed with this Court, within thirty (30) days after receipt by Defendants Baker College and Laura Krutsch, along with a copy of the initial pleadings setting forth a claim for relief upon which this action is based.

6. Attached is a copy of all process and pleadings served upon Defendants Baker College and Laura Krutsch in this cause.

*WHEREFORE*, the Defendants herein, Baker College and Laura Krutsch, respectfully notify this Court of the removal of this action from the Circuit Court of Michigan, Jackson County.

Respectfully submitted,

THOMAS, DeGROOD, WITENOFF
& HOFFMAN, P.C.

BY: _____
JOHN J. HOFFMAN (P31807)
GEORGE M. DeGROOD, III (P33724)
Attorneys for Defendants
400 Galleria Officentre, Suite 550
Southfield, MI 48034
(248) 353-4450

DATED: November 18, 2002

THOMAS, DEGROOD,
WITENOFF, & HOFFMAN
ATTORNEYS AND COUNSELORS AT LAW
PROFESSIONAL CORPORATION
400 GALLERIA OFFICENTRE
SUITE 550
SOUTHFIELD, MICHIGAN 48034

(248) 353-4450
FAX (248) 353-4451

2

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>4TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS AND COMPLAINT** | **CASE NO.**<br>02- 6383 NZ |

Court address: 312 S. Jackson Street, Jackson, Michigan 49201 CHARLES A. NELSON P18228  Court telephone no. 517-788-4268

**Plaintiff name(s), address(es), and telephone no(s).**
JULIE CHAVEZ, (BAGHDADY)
3470 Carpenter Rd., #116
Ypsilanti, MI 48197-9677

**Plaintiff attorney, bar no., address, and telephone no.**
GEORGE J. BRANNICK (P11132)
Attorney for Plaintiff
740 W. Michigan Ave.
Jackson, Michigan 49201
(517) 787-1303

v

**Defendant name(s), address(es), and telephone no(s).**
BAKER COLLEGE, a Michigan corporation
and LAURA KRUTSCH
2800 Springport Rd.
Jackson, MI 49202

LAURA KRUTSCH
% Baker College
2800 Springport Rd.
Jackson, MI 49202

(517) 789-6123

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>NOV - 8 2002 | This summons expires<br>FEB - 7 2003 | Court clerk<br>Linda R. Cooper<br>Deputy County Clerk |

*This summons is invalid unless served on or before its expiration date.*

**COMPLAINT** Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☒ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>3470 Carpenter Rd., #116, Ypsilanti, MI | Defendant(s) residence (include city, township, or village) |
| Place where action arose or business conducted<br>Jackson County, Michigan | |

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

October , 2002
Date

Signature of attorney/plaintiff  GEORGE J. BRANNICK

If you require special accommodations to use the court because of disabilities contact the court immediately to make arrangements.

CHARLES A. NELSON
P18228

| PROOF OF SERVICE | SUMMONS AND COMPLAINT Case No. 02- 6383 NZ |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

| CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE |

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that (notary not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that (notary required). |

☒ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List of documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Baker College, a Michigan corporation, 2800 Springport Rd., Jackson, MI 49202 | | |
| and Laura Krutech | % Baker College, 2800 Springport Rd., Jackson, MI 49202 | |
| | | |

☐ After diligent search and inquiry, I have been unable to find and serve the following defendant(s):

I have made the following efforts in attempting to serve the defendant(s):

☐ I have personally attempted to serve the summons and complaint, together with _____ Attachment

on _____ Name

at _____ Address _____ and have been unable to complete service because

the address was incorrect at the time of filing.

| Service fee | Miles traveled | Mileage fee | Total fee | Signature |
| $ | $ | $ | $ | Title |

_____ County, Michigan.
Subscribed and sworn to before me on _____ Date

My commission expires: _____ Date    Signature: _____ Deputy court clerk/Notary public

| ACKNOWLEDGMENT OF SERVICE |

I acknowledge that I have received service of the summons and complaint, together with _____ Attachments

on _____ Day, date, time

NOV-12 02 11:16 FROM:                                    TO:818 732 0973         PAGE:05

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON

JULIE CHAVEZ, (BAGHDADY)

        Plaintiff,     FILE NO. 02-____6393____ NZ

v.

                            HON. __CHARLES A NELSON__
BAKER COLLEGE, a Michigan                          P18228
corporation, and
LAURA KROTSCH,

        Defendants.

GEORGE J. BRANNICK (P11132)
Attorney for Plaintiff
740 W. Michigan Ave.
Jackson, MI 49201
517-787-1303

COMPLAINT AND JURY DEMAND

The Plaintiff, Julie Chavez, (Baghdady) states the following:

### COUNT I

1. This Circuit Court has jurisdiction over this civil case without regard to the amount sought in damages because this case is brought under the ELCRA, MCL 37.2101 et seq., as well as under Title IX of the Education Amendments of 1972 (Title IX), 20 USC 1681 et seq., and other state and federal law.

2. At all times pertinent hereto Julie Chavez was and is a

1

resident of Jackson County.

3. That Baker College is located in Jackson County.

4. That Laura Krutsch also resides in Jackson County.

5. That this cause of action also arose in Jackson County.

6. That Laura Krutsch is an instructor at Baker College and Julie Chavez was at the time a student at Baker College.

7. That in March of 2001 your Plaintiff, Julie Chavez, enrolled in Baker College and during the first two grading periods made the Dean's List.

8. That, on the 28th of September, 2001, while Plaintiff was a student at Baker College, she married an Arab by the name of Osama Baghdady.

9. That, after knowing that she had married an Arab by the name of Osama Baghdady, Defendant Laura Krutsch made several derogatory remarks about Ms. Chavez (Baghdady) in front of the entire class of 15 to 20 students.

10. That, when your Plaintiff complained to the proper authority relative to the actions of Defendant Laura Krutech, her grades began to fall and in the March 2002 exams she failed three classes which prevented her from obtaining the certification which she sought at the school.

11. That notwithstanding that her marital status had no connection with the certification she was seeking, she continued to be discriminated against again, and again and again, not only by Laura Krutsch, but by the school in general.

12. That, as a result of the actions of the school and Laura

2

Krutsch, the hostile environment resulted which not only led to her failing her classes, but led to her lack of certification in her desired occupation, to wit, massage therapy.

13. That notwithstanding that Plaintiff attempted in every way to resolve the issue, the school refused to recognize any of her complaints whatsoever and told her that she was not entitled to any relief whatsoever.

COUNT II: VIOLATION OF THE ELLIOTT-LARSEN CIVIL RIGHTS ACT

14. Plaintiff incorporates by reference paragraphs 1-13.

15. Baker College and Ms. Krutsch had duties under the Elliott-Larsen Civil Rights Act, including not to discriminate or harass Ms. Chavez (Baghdady) on the basis of her marital status and not to maintain a hostile environment as a result thereof.

16. At all times pertinent hereto, Laura Krutsch and Baker College were agents for the purpose of these duties.

17. Baker College and Laura Krutsch violated these duties in ways described above and discriminated against Ms. Chavez (Baghdady) on the basis of her marriage causing her to be damaged.

WHEREFORE Plaintiff requests judgment in her favor against Defendants Baker College and Laura Krutsch for all amounts to which she is found entitled and for all other legal and equitable relief provided for by law, together with costs and attorney fees under the Elliott-Larsen Civil Rights Act and other rules and law.

3

TOTAL P.10
NOV-12 02 11:17 FROM:                                        TO:810 732 8973            PAGE:08

I FURTHER DEMAND TRIAL BY JURY.

I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

                           *Julie Chavez*
                           JULIE CHAVEZ, (BAGHDADY) Plaintiff

*George Brannick*

GEORGE J. BRANNICK
Attorney for Plaintiff
Dated: October 8, 2002

4