*Closed*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
JUL 0 9 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JULIE CHAVEZ (BAGHDADY),

    Plaintiff,

v.

BAKER COLLEGE, a Michigan
corporation, and LAURA KRUTSCH,

    Defendants.
_____/

CIVIL ACTION NO. 02 CV 74622 DT

MAGISTRATE JUDGE VIRGINIA M. MORGAN



## JUDGMENT

In accordance with the Opinion Granting Defendant's Motion for Summary Judgment entered this date, IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment IS GRANTED and the case IS DISMISSED.

IT IS FURTHER ORDERED that each side is to bear their own costs and fees.

                                    VIRGINIA M. MORGAN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: JUL 0 9 2004